Form a0trjud
(Rev. 7/16)

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202−4133**

In Re: Phillip R Ayres

       Debtor(s)

SSN/TAX ID:
    xxx−xx−5369

Case No.: 1:12−bk−16135

Chapter: 13

Judge: Jeffery P. Hopkins

### NOTICE OF REASSIGNMENT OF JUDGE

   Pursuant to Local Bankruptcy Rule 1015−2(d)(1), and with the concurrence of the judges, this case is reassigned from the Honorable Burton Perlman to the Honorable Jeffery P. Hopkins for all further proceedings.

Dated: September 20, 2016

                                              Kenneth Jordan
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                Case No. 12-16135-jph
Phillip R Ayres                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-1          User: williamt           Page 1 of 1           Date Rcvd: Sep 20, 2016
                              Form ID: a0trjud         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
db              +Phillip R Ayres,    4418 Watson Road,    Hillsboro, OH 45133-6672
16018994        #+United Credit Recovery,    P.O. Box 953245,    Lake Mary, FL 32795-3245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
op              +E-mail/Text: cmecf@dilksknopik.com Sep 20 2016 19:15:23      Brian Dilks,   Dilks & Knopik, LLC,
                 35308 SE Center St,    Snoqualmie, WA 98065-9216
                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
              Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov
              Harold   Jarnicki    on behalf of Debtor Phillip R Ayres jarnickihsd9@earthlink.net
              Margaret A Burks     Cincinnati@cinn13.org
              Raymond J Pikna, Jr    on behalf of Creditor    Ohio Department of Taxation rjpikna@woodlamping.com,
               jlhamilton@woodlamping.com
                                                                                             TOTAL: 4